In the Matter of the Petition of the NEW YORK CENTRAL RAILROAD COMPANY for the Elimination of Grade Crossings in the City of New York.

THE CITY OF NEW YORK, Appellant; THE TRANSIT COMMISSION OF THE STATE OF NEW YORK, Respondent.

(Argued May 22, 1934; decided June 5, 1934.)

*Paul Windels,* Corporation Counsel (*Joseph L. Weiner* and *Vincent Victory* of counsel), for appellant.

*Frank C. Bowers, John T. Walsh* and *George H. Stover* for respondent.

686

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.